THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK BLAZEK, Appellant.

Argued May 28, 1940; decided July 24, 1940.

*John F. Wilkinson, John C. Bruckmann* and *Maurice J. Schulkind* for appellant.

*Samuel J. Foley,* District Attorney (*Sol. Boneparth, Herman J. Fliederblum* and *Nicholas F. Delagi* of counsel). for respondent,

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.